ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Monday, April 1, 2024 8:57:19 AM
CASE NUMBER: 2023 CV 05228 Docket ID: 479788679
Mike Foley
CLERK OF COURTS MONTGOMERY COUNTY OHIO

IN THE COURT OF COMMON PLEAS
MONTGOMERY COUNTY, OHIO
CIVIL DIVISION

| | | |
|---|---|---|
| **KENYA AKBAR,** | : | CASE NO. 2023-CV-05228 |
| Plaintiff, | : | JUDGE DENNIS J. ADKINS |
| vs. | : | |
| **CITY OF DAYTON POLICE DEPARTMENT, ET AL.** | : | **AMENDED ANSWER OF DEFENDANTS CITY OF DAYTON POLICE DEPARTMENT, OFFICER TONY MURPHY,** |
| | : | **AND SERGEANT ALEXANDER MAGILL** |

Now come Defendants City of Dayton Police Department ("DPD"), Officer Tony Murphy ("Officer Murphy"), and Sergeant Alexander Magill ("Sergeant Magill) (collectively "Defendants"), and submit the following as their Amended Answer:

**THIRTEENTH DEFENSE**

1. Plaintiff's Complaint is barred by the statute of limitations.

**FOURTEENTH DEFENSE**

2. Defendants reserve the right to raise additional defenses as the case progresses and more facts become available.

Respectfully submitted,

**BARBARA J. DOSECK
DIRECTOR OF LAW**

By: /s/ GREGORY J. PARKER
Gregory J. Parker (0103441)

Assistant City Attorney  
Leonard J. Bazelak (0064023)  
Senior Attorney  
101 West Third Street  
P.O. Box 22  
Dayton, Ohio 45401  
Tel. (937) 333-4100  
Fax  (937) 333-3628  
Greg.parker@daytonohio.gov  
Leonard.bazelak@daytonohio.gov  
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on all parties by the Court's electronic filing system on this 1st day of April 2024.

By: /s/ GREGORY J. PARKER  
Gregory J. Parker (0103441)  
Assistant City Attorney

2